IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


MICHAEL W. BLAKE, ET AL               :         CIVIL ACTION
                                      :
                                      :         NO.   02-4774
      VS.                             :
                                      :
                                      :


LOGS FINANCIAL SERVICES, INC.,
ET AL

## ORDER

AND NOW, this 18th day of SEPTEMBER, 2002, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Jay C. Waldman  to the  Honorable Bruce W. Kauffman, as related to Civil Action No. 01-4641.


FOR THE COURT:


JAMES T. GILES
Chief Judge

ATTEST:


_____
MICHAEL E. KUNZ
Clerk of Court